**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **ZURINAH PERRY,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No. 17-6676 (ES) (MAH)** |
| | : | |
| **v.** | : | **ORDER** |
| | : | |
| **ADT LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court on Plaintiff Zurinah Perry's ("Perry") motion to remand this action to the Superior Court of New Jersey, Middlesex County (D.E. No. 6); and Defendant ADT LLC ("Defendant ADT") having opposed Perry's motion to remand (D.E. No. 9); and the Honorable Michael A. Hammer, United States Magistrate Judge, having issued a Report and Recommendation (the "R & R") that the Undersigned grant Perry's motion and remand this matter (D.E. No. 11); and Defendant ADT having filed objections to the R & R; and the Court having opted to rule without oral argument pursuant to Federal Rule of Civil Procedure 78(b); and for the reasons in the accompanying Memorandum Opinion,

IT IS on this 8th day of March 2018,

**ORDERED** that the R & R (D.E. No. 11) is ADOPTED in relevant part; and it is further

**ORDERED** that Perry's motion to remand (D.E. No. 6) is GRANTED in relevant part; and it is further

**ORDERED** that this matter is hereby REMANDED to the Superior Court of New Jersey, Middlesex County, Law Division; and it is further

**ORDERED** that the Clerk of Court shall mark this case CLOSED.


*s/Esther Salas*
**Esther Salas, U.S.D.J.**
